No. 00–426.   CIRCUIT CITY STORES, INC. *v.* AL-SAFIN.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case re-

manded for further consideration in light of *Circuit City Stores, Inc.* v. *Adams, ante,* p. 105.